UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON DIVISION

| | |
|---|---|
| In Re: | Case No. 19-61970-rk |
| Lisa Ann Hall | Chapter 7 |
| Debtor. | Judge Russ Kendig |

**NOTICE OF APPEARANCE**

Now comes Molly Slutsky Simons, an attorney admitted to practice in the U.S. Bankruptcy Court, Northern District of Ohio, and enters an appearance on behalf of Home Point Financial Corporation ('Creditor'), in the above captioned proceedings.

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

**CERTIFICATE OF SERVICE**

I certify that on October 30, 2019, a true and correct copy of this Notice was served:

Via the Court's ECF System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Joseph L. Jerger, Debtor's Counsel
jergerbk@hotmail.com

Josiah L. Mason, Trustee
jlmasontrustee@zoominternet.net

Office of the U.S. Trustee
(registeredaddress)@usdoj.gov

And by regular U.S. Mail, postage pre-paid on:

Lisa Ann Hall, Debtor
147 Reba Avenue
Mansfield, OH 44907

/s/ Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Attorney for Creditor